JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LANGLEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EL MONTE RENTS, INC., California Corporation; and DOES 1 through 10,<br><br>Defendants. | Case No.: 2:18-cv-08477-R(FFmx)<br><u>Hon. Manuel L. Real Presiding</u><br><br>**ORDER ON JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

**ORDER**:

Having reviewed the stipulation of the parties to dismiss this action with prejudice, and finding good cause thereon,

IT IS HEREBY ORDERED that this action be dismissed with prejudice, with each party to bear their respective costs and attorneys' fees as incurred against one another.

SO ORDERED.

Date: March 20, 2019          By: _____
                                  HON. MANUEL L. REAL
                                  UNITED STATES DISTRICT JUDGE